UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOWARD K. KANEHE, | ) | No. EDCV 08-369 DDP (FFM) |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| JAMES E. TILTON, Warden, | ) ) | |
| Respondent. | ) ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:  August 9, 2012

_____
DEAN D. PREGERSON
United States District Judge